IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDA ABRAHAM, individually and as Administrator of the Estate of ADELE ABRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> CHALLENGES: OPTIONS IN AGING, LOIS E. "SALLY" SMITH, individually, and in her officially capacity, LISA NERO, individually and in her official capacity, ELLWOOD CITY HOSPITAL HOME HEALTH AGENCY; ANGELA GILKEY; ELLWOOD CITY HOSPITAL BEHAVIORAL HEALTH UNIT; PETER VOLPE, M.D.; DIANE FORTUNA; OVERLOOK MEDICAL CLINIC; NORA FLORES-PARAS, M.D., <br><br> Defendants. | CIVIL DIVISION <br><br> No. 09-cv-00270 |

## **ORDER OF COURT**

AND NOW, to wit, on this _22ND_ day of _JUNE_, 2009, upon consideration of Defendant, Nora Flores-Paras, M. D.'s Motion to Excuse Lead Trial Counsel From Local Rule 16.1.1 Conference, it is hereby ORDERED, ADJUDGED and DECREED that the lead counsel be excused from attending the Rule 16 initial scheduling conference on July 29, 2009 and Attorney Lauren Ames be permitted to appear in satisfaction of the court's requirement.

_____, J.