IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDA ABRAHAM, Individually and as Administrator of the Estate of Adele Abraham, <br><br> Plaintiff, <br><br> v. <br><br> CHALLENGES: OPTIONS IN AGING; LOIS E. "SALLY" SMITH, Individually and in her official capacity; LISA NERO, Individually and in her official capacity; ELLWOOD CITY HOSPITAL HOME HEALTH AGENCY; ANGELA GILKEY; ELLWOOD CITY HOSPITAL BEHAVORIAL HEALTH UNIT; PETER VOLPE, M.D.; DIANE FORTUNA; OVERLOOK MEDICAL CLINIC; NORA FLORES-PARAS, M.D. <br><br> Defendants. | Case No.: 2:09-CV-00270-GLL |

## ORDER OF COURT

IT IS hereby ORDERED that Defendant's Motion to Excuse Lead Trial Counsel From Local Rule 16.1.1 Conference is hereby granted. Attorney Jennifer McPeak shall appear at the conference on behalf of defendant Overlook Medical Clinic.

_____ J.

Dated: July 27, 2009