IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNDA ABRAHAM, individually and | : | |
| as Administrator of the Estate of ADELE | : | |
| ABRAHAM | : | |
|         Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : NO.: 2:09-CV-270 | |
| CHALLENGES: OPTIONS IN AGING, | : | |
| LOIS E. "SALLY" SMITH, individually, | : | |
| and in her officially capacity, LISA | : | |
| NERO, individually and in her official | : | |
| capacity, ELLWOOD CITY HOSPITAL | : JUDGE LANCASTER | |
| HOME HEALTH AGENCY; ANGELA | : | |
| GILKEY; ELLWOOD CITY HOSPITAL: | | |
| BEHAVIORAL HEALTH UNIT; | : CIVIL ACTION - LAW | |
| PETER VOLPE, M.D.; DIANE | : | |
| FORTUNA; OVERLOOK MEDICAL | : JURY TRIAL DEMANDED | |
| CLINIC; NORA FLORES-PARAS, M.D.,: | | |
|         Defendants | : | |

## ORDER

AND NOW this 27th day of July 2009, upon consideration of Plaintiff's

Motion to Excuse Lead Trial Counsel From Local Rule 16.1.1 Conference, IT IS

HEREBY ORDERED that said Motion is GRANTED and co-counsel Randall L.

Wenger, Esquire shall appear in lead counsel's place.

BY THE COURT:

_____
Gary L. Lancaster, J.