IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDA ABRAHAM, individually and as Administrator of the Estate of ADELE ABRAHAM<br>          Plaintiff,<br><br>v.<br><br>CHALLENGES: OPTIONS IN AGING, LOIS E. "SALLY" SMITH, individually, and in her officially capacity, LISA NERO, individually and in her official capacity, ELLWOOD CITY HOSPITAL HOME HEALTH AGENCY; ANGELA GILKEY; ELLWOOD CITY HOSPITAL: BEHAVIORAL HEALTH UNIT; PETER VOLPE, M.D.; DIANE FORTUNA; OVERLOOK MEDICAL CLINIC; NORA FLORES-PARAS, M.D.,:<br>          Defendants | NO.: 2:09-CV-270<br><br>JUDGE LANCASTER<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW this 28th day of Aug, 2009, upon consideration of the Plaintiff's Motion to Dismiss, said Motion is hereby GRANTED.

Plaintiff's Complaint is dismissed.

BY THE COURT:

_____
                               J.